■ RITA VITIELLO, Respondent, v MAYRICH CONSTRUCTION CORP., Appellant. [625 NYS2d 888] —Order, Supreme Court, Bronx County (Luis Gonzalez, J.), entered April 13, 1994, which denied defendant's motion for a change of venue from Bronx County to Westchester County, unanimously affirmed, without costs.

The motion was properly denied insofar as based on CPLR 510 (1) since defendant's principal place of business is located in Bronx County (CPLR 503 [c]), and also insofar as based on CPLR 510 (3) since defendant failed to identify the witnesses who would be inconvenienced by having to travel to Bronx County and the nature of their testimony *(Clark v New Rochelle Hosp. Med. Ctr.,* 170 AD2d 271). Concur—Ellerin, J. P., Kupferman, Ross, Asch and Tom, JJ.

■ PEOPLE v VINCENT FIGLIOLO. [625 NYS2d 886] —The matter remanded for purposes of vacating judgment of conviction. Concur—Sullivan, J. P., Rosenberger, Rubin, Ross and Williams, JJ.

(April 6, 1995)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID JOHNSON, Appellant. [625 NYS2d 892] —Judgment, Supreme Court, Bronx County (Irene Duffy, J.), rendered March 29, 1993, convicting defendant, after a jury trial, of grand larceny in the fourth degree, and sentencing him, as a second felony offender, to a term of 1⅔ to 3⅓ years, unanimously affirmed.

The trial court properly exercised its discretion in denying defendant's mistrial motion made after a prosecution witness, in response to an inquiry by the court during cross-examination, referred to an incriminating statement made by defendant at the time of his arrest. Any prejudice that may have resulted by the statement was cured by the striking of the answer and a prompt curative instruction that each juror assured the court he or she would follow *(People v Torres,* 199 AD2d 224, *lv denied* 83 NY2d 859). It must be presumed that the jury followed the instruction not to consider the stricken testimony in their deliberations *(People v Berg,* 59 NY2d 294, 299-300). Concur—Murphy, P. J., Wallach, Asch, Nardelli and Mazzarelli, JJ.